UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOUSSA SIDIBE,,

                                  Plaintiff,

     -against-

STATEWIDE VIDEO, INC. and THOMAS CANTONE,

                                  Defendants.
-----------------------------------------------------------------X

**08 CIV 5177 (DC)**

**NOTICE OF APPEARANCE**

**ECF CASE**

S I R S :

       Please take notice that Defendants Statewide Video, Inc. and Thomas Cantone hereby appear in the above entitled action and that the undersigned has been retained as Attorney for said Defendant, and demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: August 13, 2008
       New York, New York

Yours, etc.

Respectfully submitted,
LAW OFFICE OF MICHAEL H. KANE

By: s/Jonathan D. Golby
Jonathan D. Golby (JG-1601)
Attorney for Defendants
240 West 35th Street
Suite 504
New York, NY 10001
(212) 685-5263
E-mail:

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following party:

Jeffrey M. Gottlieb, Esq.
Gottlieb & Associates
150 East 18th Street
Suite PHR
New York, NY 10003

s/ Jonathan D. Golby
Jonathan D. Golby (JG-1601)
Law Office of Michael H. Kane
Attorney for Defendants
240 West 35th Street
Suite 504
New York, NY 10001
(212) 685-5263
E-mail: