UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
MOUSSA SIDIBE,,

                                        Plaintiff,                **08 CIV 5177 (DC)**

                                                        **Rule 7.1 Statement**

                   -against-                        **ECF CASE**

STATEWIDE VIDEO, INC. and THOMAS CANTONE,

                                       Defendants.
--------------------------------------------------------------------X

           Defendants Statewide Video, Inc. by its attorneys, as and for a FRCP Rule 7.1

Disclosure Statement, represent to the Court as follows:

           There is no parent corporation of Defendant Statewide Video, Inc., nor is there any

publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       August 13, 2008

                                        Respectfully submitted,
                                        LAW OFFICE OF MICHAEL H. KANE

                                        By:  s/Jonathan D. Golby
                                        Jonathan D. Golby (JG-1601)
                                        Attorney for Defendants
                                        240 West 35th Street
                                        Suite 504
                                        New York, NY 10001
                                        (212) 685-5263
                                        E-mail:

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, the foregoing **Rule 7.1 Disclosure Statement** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following party:

Jeffrey M. Gottlieb, Esq.
Gottlieb & Associates
150 East 18th Street
Suite PHR
New York, NY 10003

s/ Jonathan D. Golby
Jonathan D. Golby (JG-1601)
Law Office of Michael H. Kane
Attorney for Defendants
240 West 35th Street
Suite 504
New York, NY 10001
(212) 685-5263
E-mail: